IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSETTA LAND,

    Plaintiff,

vs.                        CASE NO.: 4:08cv142-SPM/WCS

STATE OF FLORIDA, DEPARTMENT
OF BUSINESS & PROFESSIONAL
REGULATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff'S Notice of Resolution (doc. 19) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 16th day of December, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge